**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                                Chapter 13
                            Case No.: 0:20-bk-12913-PGH

**MANUEL VAZQUEZTELL, JR.,**

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 10, 2020, a conformed copy of *Re- Notice of Hearing (Re: 30 Motion for Relief from Stay [Consent for the 30 day Waiver] [Fee Amount $181] Filed by Creditor U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust) Chapter 13 Hearing scheduled for* **08/03/2020 at 01:00 PM** *by TELEPHONE. To participate call Court Solutions (917) 746-7476* [D.E. 36] was served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                Respectfully submitted,

                                                **GHIDOTTI │ BERGER, LLP**
                                                *Attorneys for Secured Creditor*
                                                1031 North Miami Beach Blvd.
                                                North Miami Beach, FL 33162
                                                Telephone: (305) 501.2808
                                                Facsimile: (954) 780.5578

                                                By:  /s/ Christophal Hellewell
                                                       Christophal Hellewell, Esq.
                                                       Florida Bar No. 0114230
                                                       bknotifications@ghidottiberger.com

*Case No.: 0:20-bk-12913-PGH*

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4 (B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

On July 10, 2020, a copy of the foregoing document described as Motion for Relief From Stay was served upon the following individuals by electronic means through the Court's ECF program:

### DEBTOR(S) COUNSEL(S)

Renzo Bosoni       rbosoni@firstlegalpa.com, sburshteyn@firstlegalpa.com
Simona Burshteyn   Sburshteyn@firstlegalpa.com, tfowler@firstlegalpa.com

### TRUSTEE/TRUSTEE(S) COUNSEL(S)

Robin R Weiner     ecf@ch13weiner.com, ecf2@ch13weiner.com
U.S. Trustee       USTPRegion21.MM.ECF@usdoj.gov

On July 10, 2020, a copy of the foregoing document described as Motion for Relief From Stay was served upon the following individuals by depositing true copies thereof in the United States mail at North Miami Beach, FL enclosed in a sealed envelope, with postage paid, addressed as follows:

*Debtor*
**Manuel Vazqueztell, Jr.**
6134 SW 34th Street
Miramar, FL 33023

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Christophal Hellewell
    Christophal Hellewell, Esq.